IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT JENKINS,

Plaintiff,

v.

HAMILTON CONSTRUCTION CO.,

Defendant.

Case No. 6:25-cv-2159-MC

JUDGMENT

**MCSHANE, Judge:**

Based on the record, this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 28th day of August 2026.

/s/ Michael J. McShane
Michael McShane
United States District Judge